U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 NOV -2 PM 12:18

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,   )
                            )
v.                          )   Crim. No. 2:23-cr-130-1
                            )
TIMOTHY GABRIEL,            )   (18 U.S.C. § 922(g)(1))
    Defendant.              )

## INDICTMENT

The Grand Jury charges:

1. On or about the dates listed below, TIMOTHY GABRIEL was convicted in Vermont state court of the following crimes punishable by imprisonment for a term exceeding one year:

| DATE | OFFENSE |
| --- | --- |
| January 2, 2020 | Assault and Robbery |
| November 4, 2014 | Grand Larceny |
| November 4, 2014 | Grand Larceny |
| October 14, 2014 | Aggravated Vehicle Operation Without Consent |

2. On or about October 17, 2023, in the District of Vermont, the defendant TIMOTHY GABRIEL, knowing that he had been convicted of the aforementioned crimes punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, to wit, a Sig Sauer .223 caliber rifle and ammunition.

(18 U.S.C. § 922(g)(1))

1

A TRUE BILL



FOREPERSON

_Nikolas P. Kerest_
NIKOLAS P. KEREST (GLW)
United States Attorney

Burlington, Vermont
November 2, 2023